UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. FISHER,

    Plaintiff,

v.

EDWARD BONNER, et al.,

    Defendants.

No. 2:14-cv-757-KJM-EFB P

ORDER

    Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On July 7, 2016, defendant Easterling filed a motion to compel plaintiff's deposition and to amend the scheduling order.  ECF No. 35.  Plaintiff has not filed an opposition or a statement of no opposition to the motion.

    In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument.  E.D. Cal. Local Rule 230(*l*).[1]  "Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21), days after the date of service of the motion. " *Id*.  A responding party's failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*.

---

[1] Pursuant to the court's May 7, 2015 order, the provisions of Local Rule 230(*l*) remain in effect regardless of any change in plaintiff's custodial status.  *See* ECF No. 14, ¶ 9.

1

1    Furthermore, a party's failure to comply with any order or with the Local Rules "may be
2    grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or
3    within the inherent power of the Court." E.D. Cal. Local Rule 110.  The court may recommend
4    that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order
5    or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did
6    not abuse discretion in dismissing pro se plaintiff's complaint for failing to obey an order to re-
7    file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856
8    F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local
9    rule regarding notice of change of address affirmed).

10   The court also notes that on May 7, 2015, it advised plaintiff of the requirements for filing
11   an opposition to a discovery motion, that failure to oppose such a motion may be deemed a
12   waiver of opposition to the motion and that failure to comply with the Local Rules may result in
13   dismissal.

14   Accordingly, it is hereby ORDERED that, within 14 days of the date of this order,
15   plaintiff shall file either an opposition to the motion or a statement of no opposition.  Failure to
16   comply with this order may result in a recommendation that this action be dismissed without
17   prejudice.

18   DATED:  August 4, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2