UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. FISHER, | No. 2:14-cv-0757-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| EDWARD BONNER, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendant Easterling has moved to compel plaintiff's deposition, arguing that a court order was necessary in light of plaintiff's failure to appear for a duly-noticed deposition on June 15, 2016. ECF No. 35. Easterling also requests monetary sanctions and requests modification of the scheduling order to complete the deposition. *Id.* His motion is granted.

If a party refuses to answer questions propounded at a deposition under Rule 30, the discovering party may move for an order compelling an answer. Fed. R. Civ. P. 37(a)(3)(B)(i). The court "must require the party failing to act . . . to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(d)(3). In responding to defendant's motion, plaintiff explains that he failed to appear for the deposition because his mother had recently "lost . . . her battle with cancer," he "was extremely grief stricken" and was

1

"forced out of [his] place of residence."[1]  ECF No. 38 at 1.  Despite these hardships, plaintiff does not explain why he did not notify defense counsel and request an alternate date in order to avoid the costs occasioned by his failure to appear for the deposition and the resulting motion to compel.  Accordingly, defendant's request to recover of the hard costs of the court reporter and videographer retained for the deposition, totaling $345, is granted.  *See* ECF No. 35-1 ¶ 5.  Lastly, because the deadline for completion of discovery expired on August 19, 2016, the court must modify the discovery and scheduling order so that plaintiff's deposition can be taken.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel plaintiff's deposition (ECF No. 35) is granted.
2. Discovery is reopened for the limited purpose of allowing defendant to take the deposition of plaintiff. The deadline for completing this additional discovery is October 25, 2016.
3. The deadline for filing dispositive motions is continued to November 28, 2016.
4. Plaintiff shall pay defendant $345 in sanctions within thirty days of the date of this order.
5. Plaintiff's request for an enlargement of time (ECF No. 39) is denied without prejudice.

DATED: August 24, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also filed a request for an "enlargement of time," ECF No. 39, but because there is no court deadline to extend, the motion is denied without prejudice.